**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-01585-RM-NYW

PAMELA HILL,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER TO REOPEN CASE**

---

    This matter is before the Court on Plaintiff's unopposed Motion to Reopen (ECF No. 36) this case which was administratively closed pursuant to Fed. R. Civ. P. 41.2. The Court previously granted the parties' request for administrative closure because, due to the injuries for which Plaintiff was then receiving treating, Plaintiff's was unable to be deposed. Plaintiff's current motion states good cause exists to reopen this case. Plaintiff represents that she is now able to continue this litigation, capable of being deposed, and available for deposition. Upon consideration of the motion, and the court record, the Court agrees good cause has been shown and the case should be reopened. Accordingly, it is **ORDERED**

    (1) That the Motion to Reopen (ECF No. 36) is GRANTED;

    (2) That the Clerk shall reopen this case; and

(3) That the parties shall submit a revised scheduling order within 14 days of the reopening of this case.

DATED this 31st day of March, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge